DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LARRY KLAYMAN,**
Appellant,

v.

**PGA TOUR,** et al.,
Appellees.

No. 4D2025-0537

[January 29, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Reid P. Scott, II, Judge; L.T. Case No. 502022CA006587XXX.

Larry Klayman, Boca Raton, pro se.

David Oscar Markus of Markus/Moss PLLC, Miami, and Sean Hecker, Michael Ferrara, and Nicholas Pavlis of Hecker Fink LLP, New York, New York, and Stephen Prifti of Hecker Fink LLP, Washington, D.C., for Appellees Davis Love III and Tiger Woods.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***